```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-mj-0207 KJM |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT AND ORDER |
| v. | |
| TIANTE DION SCOTT, | |

The United States of America, by and through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Criminal Complaint against defendant Tiante Dion SCOTT in Case No. 2:06-mj-0207 KJM pursuant to Federal Rule of Criminal Procedure 48(a).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Based upon the defendant's conviction and sentence of 36 years in prison imposed in <u>People v. Roosevelt Heng, et al.</u>, Sacramento Superior Court Case No. 06F03604, and the subsequent appeal affirming the conviction and sentence of SCOTT, California Appeal Case No. C-054315, the undersigned hereby moves to dismiss the Criminal Complaint in Case No. 2:06-mj-0207 KJM in the interests of justice pursuant to Rule 48(a).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  June 15, 2010        By:/s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that the Criminal Complaint against Tiante Dion SCOTT in in Case No. 2:06-mj-0207 KJM is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: June 15, 2010.

_____
U.S. MAGISTRATE JUDGE